UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 0:21-cv-61127-RS**

SHLOMY HALAWANI,
individually and on behalf of all,
others similarly situated,                               **CLASS ACTION**

    Plaintiff,                                              **JURY TRIAL DEMANDED**

v.

SPEEDWAY LLC,

    Defendant.
_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

    Plaintiff Shlomy Halawani and Defendant Speedway LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to dismiss the instant action. All claims of Plaintiff, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Dated: August 2, 2021

    Respectfully submitted,

    */s/ Manuel S. Hiraldo*
    Manuel S Hiraldo
    HIRALDO P.A.
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, FL 33301
    954-400-4713
    Email: mhiraldo@hiraldolaw.com

    *Attorney for Plaintiff*

/s/ Daniel B. Rogers
Daniel B. Rogers (FBN 195634)
SHOOK, HARDY & BACON L.L.P.
Citigroup Center, Suite 3200
201 S. Biscayne Blvd.
Miami, FL 33131
305-358-5171
drogers@shb.com

*Attorney for Defendant*