UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61127-CIV-SMITH

SHLOMY HALAWANI,

    Plaintiff,

v.

SPEEDWAY LLC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Parties' Joint Stipulation of Dismissal Without Prejudice [DE 9]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED without prejudice**.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are **DENIED as moot**.

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 3rd day of August 2021.

                RODNEY SMITH
                UNITED STATES DISTRICT JUDGE

cc Counsel of record