UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-61127-CIV-SMITH

SHLOMY HALAWANI,

        Plaintiff,

v.

SPEEDWAY, LLC.

        Defendant.

_____/

**SECOND FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Parties' Joint Stipulation of Dismissal With Prejudice [DE 11]. Upon consideration, it is

**ORDERED** that:

1. This matter is **DISMISSED with prejudice**.

2. Each party shall bear its own attorney's fees and costs.

3. All pending motions are **DENIED as moot**.

4. This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 24th day of August 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc Counsel of record